# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

RAYMOND LOVETTE WALKER, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1762

————————————————

October 17, 2025

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Susan St. John, Judge.

Raymond Lovette Walker, Jr.

PER CURIAM.

Affirmed.

SILBERMAN, SLEET, and LABRIT, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.